peals for the Seventh Circuit denied. *Messrs. Wm. F. Waugh* and *Louis S. Posner* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, Sewall Key,* and *Carlton Fox* for the United States.

No. 682. ERIE R. Co. *v.* STEELE. March 14, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Welles V. Moot* for petitioner. *Mr. Hamilton Ward* for respondent.

No. 683. WABASH RY. Co. *v.* WHITCOMB, ADMINISTRATRIX. March 14, 1932. Petition for writ of certiorari to the Appellate Court of Indiana denied. *Messrs. Homer Hall* and *Charles H. Stuart* for petitioner. *Mr. Henry M. Dowling* for respondent.

No. 684. JABCZYNSKI ET AL. *v.* UNITED STATES. March 14, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. George K. Bowden* for petitioners. *Solicitor General Thacher,* Assistant Attorney General *Youngquist,* and *Messrs. Claude R. Branch, Mahlon D. Kiefer,* and *W. Marvin Smith* for the United States.

No. 685. McFEE *v.* UNITED STATES. March 14, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Harry H. Parsons* for petitioner. *Solicitor General Thacher,* Assistant Attorney General *Youngquist,* and *Messrs. Claude R. Branch, A. E. Gottschall,* and *W. Marvin Smith* for the United States.